FILED
CLERK, U.S. DISTRICT COURT

11/15/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>MANUEL IVAN SANCHEZ,<br>RICARDO AMEZCUA, and<br>FERNANDO NAVA,<br><br>          Defendants. | CR No. 2:24-CR-00695-WLH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy; 26 U.S.C. § 5861(d): Possession of an Unregistered Firearm; 26 U.S.C. § 5861(i): Possession of an Unserialized Firearm; 18 U.S.C. § 924(d)(1), 26 U.S.C. §§ 5872, 7302, 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

[ALL DEFENDANTS]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.   Defendants MANUEL IVAN SANCHEZ, RICARDO AMEZCUA, and FERNANDO NAVA were residents of California.

2.   Persons who purchased firearms from federally licensed firearms dealers ("FFLs") were required to fill out Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") Form 4473, which

1   included, among other things, identifying information about the
2   purchaser. If a single purchaser purchased two or more handguns
3   within a five-day period, the FFL was also required to send a
4   Multiple Sale Report to the ATF, which included identifying
5   information about the purchaser, and the firearms purchased.

6       3.    Subject to limited exceptions, FFLs were generally only
7   permitted to sell firearms to residents of the state in which the
8   FFL's licensed premises was located.

9       4.    Firearms purchased under the laws of the State of Utah
10  could often be sold at a profit in states with more restrictive
11  firearms laws, including the State of California, and could often be
12  sold to persons who would not have been permitted to purchase those
13  firearms in the State of Utah.

14  B.   OBJECTS OF THE CONSPIRACY

15      5.    Beginning on a date unknown, but no later than November 1,
16  2022 and continuing until in or around July 2024, in Los Angeles and
17  San Bernardino Counties, within the Central District of California,
18  and elsewhere, defendants SANCHEZ, AMEZCUA, and NAVA conspired with
19  each other and with others known and unknown to the Grand Jury to
20  knowingly and intentionally commit offenses against the United
21  States, namely, engaging in the business of dealing in firearms
22  without a license, in violation of Title 18, United States Code,
23  922(a)(1), transporting firearms across state lines, in violation of
24  Title 18, United States Code, Section 922(a)(3), and making false
25  statements in records that are required to be kept by a firearms
26  dealer, in violation of Title 18, United States Code, Section
27  922(a)(6).
28

1  C.    MANNER AND MEANS OF THE CONSPIRACY

2       The objects of the conspiracy were to be accomplished, in

3  substance, as follows:

4       6.   Defendants SANCHEZ, AMEZCUA, and NAVA would fraudulently

5  obtain driver's licenses or identification cards from the State of

6  Utah, which they obtained by falsely stating that they resided at

7  particular addresses in Utah when, in fact, they did not.

8       7.   Defendants SANCHEZ, AMEZCUA, and NAVA would make short

9  trips from California, where they lived, to Utah-based FFLs, where

10 they would use their fraudulently obtained Utah driver's licenses or

11 identification cards and would lie about their true address, listing

12 an address in Utah, when purchasing firearms.

13      8.   The false Utah addresses supplied by SANCHEZ, AMEZCUA, and

14 NAVA were then recorded as the firearm buyer's residence address in

15 federal forms that FFLs maintained for each purchase.

16      9.   Defendants SANCHEZ and AMEZCUA would travel from California

17 to acquire firearms in Utah through private party transactions by

18 using popular online marketplaces for private firearms sales.

19      10.  Defendants would return to the Central District of

20 California with the firearms they purchased, where defendant SANCHEZ

21 would try to resell them for a profit.

22 D.    OVERT ACTS

23      On or about the following dates, in furtherance of the

24 conspiracy and to accomplish its objects, defendants SANCHEZ,

25 AMEZCUA, and NAVA, and others known and unknown to the Grand Jury,

26 committed various overt acts within the Central District of

27 California, and elsewhere, including, but not limited to, the

28 following:

3

Overt Act No. 1:    On November 1, 2022, defendant SANCHEZ submitted an application for a driver's license to the State of Utah, falsely listing his home address and mailing address as a particular address in West Jordan, Utah (the "West Jordan Address"), which resulted in the State of Utah issuing him a driver's license listing the West Jordan Address (the "SANCHEZ Utah Driver's License").

Overt Act No. 2:    On November 16, 2022, after providing the West Jordan Address as his residence address, defendant SANCHEZ purchased from an FFL in Sandy, Utah ("FFL-1") a Heckler & Koch, model VP9L, 9mm caliber pistol, bearing Serial No. 238-016879.

Overt Act No. 3:    On January 3, 2023, defendant SANCHEZ informed a prospective buyer that he could obtain a firearm for sale "next time I go out there, maybe in a week or so," referring to traveling to Utah to purchase firearms.

Overt Act No. 4:    On March 24, 2023, after providing the West Jordan Address as his residence address, defendant SANCHEZ purchased from a particular FFL in St. George, Utah ("FFL-2") two firearms: (1) an FN model M249S, 5.56 caliber rifle, bearing Serial No. M249SA08190, and (2) a Sig Sauer model MCX, 5.56 caliber pistol, bearing Serial No. 63J007105.

Overt Act No. 5:    On March 26, 2023, in text messages using coded language, defendant SANCHEZ confirmed to defendant AMEZCUA that he still had a particular "ar" firearm, and defendant AMEZCUA asked defendant SANCHEZ to bring the firearm so that defendant AMEZCUA could show it to a potential buyer.

Overt Act No. 6:    On April 4, 2023, after providing the West Jordan Address as his residence address, defendant SANCHEZ purchased from FFL-1 three firearms: (1) an FN model SCAR 17 NRCH, 7.62 caliber

rifle, bearing Serial No. H1C19633, (2) a Beretta model APX A1, 9mm caliber pistol, bearing Serial No. A182007X, and (3) a Beretta model BU9 Nano, 9mm caliber pistol, bearing Serial No. NU144050.

Overt Act No. 7:    On May 16, 2023, defendant AMEZCUA traveled from the Central District of California to the area of St. George, Utah.

Overt Act No. 8:    On May 16, 2023, defendant AMEZCUA submitted an application for an identification card to the State of Utah, falsely listing his home address and mailing address as a particular address in Millcreek, Utah (the "Millcreek Address"), which resulted in the State of Utah issuing him an identification card listing the Millcreek Address (the "AMEZCUA Utah ID").

Overt Act No. 9:    On May 16, 2023, the same day he obtained the AMEZCUA Utah ID and after providing the Millcreek Address as his residence address, defendant AMEZCUA purchased from FFL-2 an FN model M249, 5.56 caliber rifle, bearing Serial No. M249SA06533.

Overt Act No. 10:    Between May 16 and 17, 2023, defendant AMEZCUA returned to the Central District of California from Utah.

Overt Act No. 11:    Between May 8, 2023, and May 23, 2023, defendant AMEZCUA and NAVA exchanged messages discussing the requirements for obtaining State of Utah-issued identification cards.

Overt Act No. 12:    On May 23, 2023, defendant AMEZCUA traveled from the Central District of California to Utah.

Overt Act No. 13:    On May 24, 2023, defendant NAVA submitted an application for an identification card to the State of Utah, falsely listing his home address and mailing address as a variation of the Millcreek Address (referred to hereinafter as the Millcreek Address),

which resulted in the State of Utah issuing him an identification

card listing the Millcreek Address (the "NAVA Utah ID").

Overt Act No. 14:   On May 24, 2023, defendant AMEZCUA sent

multiple text messages to defendant NAVA including "FN M249" and

"Paratrooper," referring to firearms.

Overt Act No. 15:   On May 24, 2023, defendant NAVA asked

defendant AMEZCUA "Is it upstair?", to which defendant AMEZCUA

replied, "Gun section," referring to a location inside FFL-1.

Overt Act No. 16:   On May 24, 2023, defendants SANCHEZ,

AMEZCUA, and NAVA purchased firearms from FFL-1; specifically, after

providing the West Jordan Address as his residence address, defendant

SANCHEZ purchased from FFL-1 two firearms: (1) a Beretta model APX

A1, 9mm caliber pistol, bearing Serial No. A221564X, and (2) a

Beretta model APX, 9mm caliber pistol, bearing Serial No. AXC006612;

after providing the Millcreek Address as his residence address,

defendant AMEZCUA purchased from FFL-1: (3) a FN model M249S, 5.56

caliber rifle, bearing Serial No. M249SA06623; and after providing

the Millcreek Address as his residence address, defendant NAVA

purchased from FFL-1: (4) an FN model 249s PARA, 5.56 caliber rifle,

bearing Serial No. M249SA08275.

Overt Act No. 17:   On May 25, 2023, defendant AMEZCUA returned

to the Central District of California from Utah.

Overt Act No. 18:   On May 25, 2023, after providing the West

Jordan Address as his residence address, defendant SANCHEZ purchased

from a particular FFL in Farmington, Utah ("FFL-3") two firearms:

(1) a Beretta model APX, 9mm caliber pistol, bearing Serial No.

A216999X, and (2) a Sig Sauer model P365, 9mm caliber pistol, bearing

Serial No. 66F484164.

<u>Overt Act No. 19:</u>    On June 12, 2023, defendant SANCHEZ traveled northbound near the California and Nevada border, consistent with a trip from California to Utah.

<u>Overt Act No. 20:</u>    On June 12, 2023, after receiving a photograph of a Citadel 1911 firearm for sale, defendant SANCHEZ met with a buyer in or about Cedar, Utah, to purchase the firearm for $450.

<u>Overt Act No. 21:</u>    On June 13, 2023, after providing the West Jordan Address as his residence address, defendant SANCHEZ purchased from FFL-1 an FN model SCAR 17S, 7.62 caliber rifle, bearing Serial No. H1C16870.

<u>Overt Act No. 22:</u>    On June 15, 2023, defendant SANCHEZ returned to his residence in the Central District of California after a short trip to Utah.

<u>Overt Act No. 23:</u>    On June 19, 2023, defendant SANCHEZ advertised a Citadel 1911 firearm for sale, sending a prospective buyer a photograph of a firearm similar to the one shown in a photograph defendant SANCHEZ received before buying the firearm several days earlier.

<u>Overt Act No. 24:</u>    On June 27, 2023, defendant SANCHEZ traveled northbound near the California and Nevada border, consistent with a trip from California to Utah.

<u>Overt Act No. 25:</u>    On June 27, 2023, defendants SANCHEZ, AMEZCUA, and NAVA purchased firearms from FFL-1; specifically, after providing the West Jordan Address as his residence address, defendant SANCHEZ purchased from FFL-1: (1) a Beretta model APX, 9mm caliber pistol, bearing Serial No. A148927X; after providing the Millcreek Address as his residence address, defendant AMEZCUA purchased from

FFL-1: (2) an FN model SCAR 17S, 7.62 caliber rifle, bearing Serial No. H1C16334; and after providing the Millcreek Address as his residence address, defendant NAVA purchased from FFL-1: (3) an FN model SCAR 17 NRCH, 7.62 caliber rifle, bearing Serial No. H1C21956.

Overt Act No. 26:    On June 27, 2023, after providing the Millcreek Address as his residence address, defendant NAVA purchased from FFL-3 two firearms: (1) a Beretta model APX, 9mm caliber pistol, bearing Serial No. A194829X, and (2) a Beretta model APX, 9mm caliber pistol, bearing Serial No. A219266X.

Overt Act No. 27:    On June 28, 2023, after providing the West Jordan Address as his residence address, defendant SANCHEZ purchased from a particular FFL in Lehi, Utah ("FFL-4") two firearms: (1) a Beretta model APX, 9mm caliber pistol, bearing Serial No. AXC105931, and (2) a Beretta model APX, 9mm caliber pistol, bearing Serial No. AXC108842.

Overt Act No. 28:    On June 28, 2023, after providing the Millcreek Address as his residence address, defendant NAVA purchased from FFL-4 two firearms: (1) a Beretta model APX, 9mm caliber pistol, bearing Serial No. AXC109110, and (2) a Beretta model APX, 9mm caliber pistol, bearing Serial No. AXC105919.

Overt Act No. 29:    On June 28, 2023, after providing the Millcreek Address as his residence address, defendant AMEZCUA purchased from FFL-1 an HS model Hellcat, 9mm caliber pistol, bearing Serial No. BY481142.

Overt Act No. 30:    On June 28, 2023, after providing the Millcreek Address as his residence address, defendant NAVA purchased from a particular FFL in Riverdale, Utah, two firearms: (1) an FN model M249S, 5.56 caliber rifle, bearing Serial No. M249SA06179, and

1  (2) an FN model M249S, 5.56 caliber rifle, bearing Serial No.
2  M249SA06448.

3      Overt Act No. 31:  On June 29, 2023, defendant SANCHEZ traveled
4  southbound near the California and Nevada border, consistent with
5  defendant SANCHEZ returning to California after a short trip to Utah.

6      Overt Act No. 32:  On July 9, 2023, defendant AMEZCUA traveled
7  northbound near the California and Nevada border, consistent with a
8  trip from California to Utah.

9      Overt Act No. 33:  On July 9, 2023, after providing the
10  Millcreek Address as his residence address, defendant AMEZCUA
11  purchased from a particular FFL in St. George, Utah, three firearms:
12  (1) an AEI model BP40CC, .40 caliber pistol, bearing Serial No.
13  F01303, (2) a Smith & Wesson model M&P 9 Shield, 9mm caliber pistol,
14  bearing Serial No. JRN2633, and (3) a Taurus model G2S, 9mm caliber
15  pistol, bearing Serial No. ABG666253, which was recovered
16  approximately 55 days later in the possession of another individual,
17  a felon, with defendant AMEZCUA still being the last registered
18  owner.

19      Overt Act No. 34:  On July 10, 2023, defendant SANCHEZ drove
20  from the Central District of California to Utah.

21      Overt Act No. 35:  On July 11, 2023, after providing the West
22  Jordan Address as his residence address, defendant SANCHEZ purchased
23  from FFL-1 a WIN model Wildcat, .22 caliber rifle, bearing Serial No.
24  TF614-23M08583.

25      Overt Act No. 36:  On July 12, 2023, defendant AMEZCUA was in
26  the Central District of California, having returned to California
27  after a short trip to Utah.

Overt Act No. 37:   On July 12, 2023, defendant SANCHEZ agreed to purchase a Beretta firearm for $500 and, soon thereafter, agreed to meet in person to pay cash for the firearm.

Overt Act No. 38:   On July 13, 2023, defendant SANCHEZ met with the seller of a Beretta model P92X, 9mm caliber pistol, and he completed a bill of sale for the transaction.

Overt Act No. 39:   On July 13, 2023, defendant SANCHEZ returned to the Central District of California after a short trip to Utah.

Overt Act No. 40:   On July 18, 2023, after providing the Millcreek Address as his residence address, defendant AMEZCUA purchased from FFL-1 an FN model 249, 5.56 caliber rifle, bearing Serial No. M249SA09212.

Overt Act No. 41:   On July 18, 2023, defendant SANCHEZ sent a text message to the seller of an HK P2000 SK pistol and agreed to buy the firearm for $450.

Overt Act No. 42:   On July 18, 2023, defendant SANCHEZ and the seller of the HK P2000 SK pistol communicated about meeting in person near Parawon, Utah, so that defendant SANCHEZ could buy the firearm.

Overt Act No. 43:   On July 18, 2023, defendant AMEZCUA, acting in concert with defendant SANCHEZ, met with the seller of the HK P2000 SK pistol and completed a bill of sale document.

Overt Act No. 44:   On July 19, 2023, after providing the Millcreek Address as his residence address, defendant NAVA purchased from FFL-2 an FN model M249, 5.56 caliber rifle, bearing Serial No. M249SA08348.

Overt Act No. 45:   On July 19, 2023, after defendant SANCHEZ informed a potential buyer about firearms that he had available, he

said that he had two Beretta firearms available, later making clear that one was a Beretta model 92X.

Overt Act No. 46:    On July 22, 2023, defendant SANCHEZ sent to a potential firearms purchaser a text message and a photograph of an HK P2000 SK that he had for sale.

Overt Act No. 47:    On August 9, 2023, after providing the Millcreek Address as his residence address, defendant NAVA purchased from FFL-1 three firearms: (1) an FN model M249, 5.56 caliber rifle, bearing Serial No. M249SA08309, (2) an HS Produkt/Springfield Armory, Inc. model XD, 40 S&W caliber pistol, bearing Serial No. US181932; and (3) an FN model SCAR17 NRCH, 7.62/308 caliber rifle, bearing Serial No. H1C22443.

COUNT TWO

[18 U.S.C. § 5861(d)]

[DEFENDANT SANCHEZ]

On or about October 30, 2024, in San Bernardino County, within the Central District of California, defendant MANUEL IVAN SANCHEZ knowingly possessed a firearm, namely, a privately manufactured, AR-type rifle, bearing no serial number (commonly referred to as a "ghost gun"), fitted with a Strike Industries collapsible shoulder stock and a Surefire Warden Direct Thread Blast Regulator, with a barrel less than 16 inches in length, that is, approximately 8 inches in length, which defendant SANCHEZ knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and which had not been registered to defendant SANCHEZ in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code.

COUNT THREE

[18 U.S.C. § 5861(i)]

[DEFENDANT SANCHEZ]

On or about October 30, 2024, in San Bernardino County, within the Central District of California, defendant MANUEL IVAN SANCHEZ knowingly possessed a firearm, namely, a privately manufactured, AR-type rifle, bearing no serial number (commonly referred to as a "ghost gun"), fitted with a Strike Industries collapsible shoulder stock and a Surefire Warden Direct Thread Blast Regulator, with a barrel less than 16 inches in length, that is, approximately 8 inches in length, which defendant SANCHEZ knew to be a firearm and a short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and which was not identified by a serial number, as required by Title 26, United States Code, Chapter 53.

FORFEITURE ALLEGATION ONE

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal
Procedure, notice is hereby given that the United States of America
will seek forfeiture as part of any sentence, pursuant to Title 18,
United States Code, Section 924(d)(1), and Title 28, United States
Code, Section 2461(c), in the event of any defendant's conviction of
the offense set forth in Count One of this Indictment.

2.    Any defendant so convicted shall forfeit to the United
States of America the following:

(a)   All right, title, and interest in any firearm or
ammunition involved in or used in such offense; and

(b)   To the extent such property is not available for
forfeiture, a sum of money equal to the total value of the property
described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p),
as incorporated by Title 28, United States Code, Section 2461(c), the
convicted defendant shall forfeit substitute property, up to the
value of the property described in the preceding paragraph if, as the
result of any act or omission of said defendant, the property
described in the preceding paragraph or any portion thereof (a)
cannot be located upon the exercise of due diligence; (b) has been
transferred, sold to, or deposited with a third party; (c) has been
placed beyond the jurisdiction of the court; (d) has been
substantially diminished in value; or (e) has been commingled with
other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[26 U.S.C. §§ 5872, 7302; 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 26, United States Code, Sections 5872 and 7302, as well as Title 28, United States Code, Section 2461(c), in the event of defendant MANUEL IVAN SANCHEZ's conviction in Count Two or Count Three set forth in this Indictment.

2.    Defendant SANCHEZ, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm involved in such offense;

(b) All right, title, and interest in any and all property used or intended to be used to commit such offense; and

(c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a) or (b).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), Defendant SANCHEZ, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

1  substantially diminished in value; or (e) has been commingled with

2  other property that cannot be divided without difficulty.

3

4                                          A TRUE BILL

5

6                                          /S/
                                           _____
7                                          Foreperson

8  E. MARTIN ESTRADA
   United States Attorney

9  MACK E. JENKINS
   Assistant United States Attorney
10 Chief, Criminal Division

11

12

13 SCOTT M. GARRINGER
   Assistant United States Attorney
   Deputy Chief, Criminal Division
14

15 FRANCES S. LEWIS
   Assistant United States Attorney
   Chief, General Crimes Section
16

17 BENEDETTO L. BALDING
   Assistant United States Attorney
   Deputy Chief, General Crimes
18 Section

19 KEDAR S. BHATIA
   Assistant United States Attorney
20 General Crimes Section

21

22

23

24

25

26

27

28